

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00152-CV

| | | |
|---|---|---|
| MIYUKI EMMA RYAN POYDRAS, Appellant | § | On Appeal from the 367th District Court |
| | § | of Denton County (20-10758-367) |
| V. | § | January 26, 2023 |
| TRAVIS ERVING POYDRAS, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's final decree of divorce. It is ordered that the final decree of divorce is affirmed.

It is further ordered that Appellant Miyuki Emma Ryan Poydras shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
      Justice Dabney Bassel